IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRISON MCKINLEY MORRIS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-3616 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : : | |

## **ORDER**

AND NOW, this 22nd day of January, 2020, the Court having directed pro se Plaintiff Harrison McKinley Morris, Jr. to file and serve his Brief and Statement of Issues in Support of Request for Review on four separate occasions, and none having been filed to date, and for the reasons stated in the accompanying Memorandum, it is ORDERED this action is dismissed without prejudice for failure to prosecute.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.